1 | Frank S. Hedin (SBN 291289)
  | fhedin@hedinhall.com
2 | David W. Hall (SBN 274921)
  | dhall@hedinhall.com
3 | Hedin Hall LLP
  | Four Embarcadero Center, Suite 1400
4 | San Francisco, CA 94104
  | Telephone: (415) 766-3534
5 | Facsimile: (415) 402-0058

6 | *Counsel for Plaintiff*

7 | [Additional Counsel on signature page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JUNE ABE, individually and on behalf of all others similarly situated, | Case No. 8:19-cv-00699-JVS-ADS |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| v. | |
| HYUNDAI MOTOR AMERICA, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through undersigned counsel, Plaintiff June Abe and Defendant Hyundai Motor America, Inc. hereby stipulate and agree as follows: The above-captioned action is hereby dismissed; Plaintiff's individual claims are dismissed with prejudice; The claims of the putative class are dismissed without prejudice; The parties shall bear their own costs and fees.

Dated: April 7, 2020         Respectfully submitted,

                             Hedin Hall LLP

                             By: /s/ Frank S. Hedin

                             FRANK S. HEDIN (SBN 291289)
                             fhedin@hedinhall.com
                             DAVID W. HALL (SBN 274921)

JOINT STIPULATION OF DISMISSAL

dhall@hedinhall.com
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiff*

Shook Hardy & Bacon L.L.P.

By: ___s/ Rachel Straus_____

MICHAEL L. MALLOW (SBN 188745)
mmallow@shb.com
RACHEL STRAUS (SBN 268836)
rstaus@shb.com
2049 Century Park East, #3000
Los Angeles, California 90067-3204
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Counsel for Defendant*

- 2 -
JOINT STIPULATION OF DISMISSAL